FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR 26 AM 10: 25
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ESSEX INSURANCE COMPANY, )
                              )
        Plaintiff,            )
                              )
v.                            )        CASE NO. CV413-253
                              )
SEGA VENTURE, LLC;            )
REVOLUTIONS NIGHT CLUB, INC.; )
MAMEED, LLC; DERRICK WOODS;   )
and JEROME BROWN;             )
                              )
        Defendants.           )
                              )

## O R D E R

On March 31, 2015, the Court granted in part, dismissed in part, and denied in part Plaintiff's Motion for Summary Judgment. (Doc. 71.) Since that time, there has been no activity in this case. Local Rule 41 states that upon "[a]ny . . . failure to prosecute a civil action with reasonable promptness" "the assigned Judge may, after notice to counsel of record, sua sponte, or on motion of any party, dismiss any action for want of prosecution, with or without prejudice." S.D. Ga. L.R. 41. Because this case has remained idle for over three years, Plaintiff is **DIRECTED** to demonstrate within **fourteen days** from the date of this order why no further action has been taken in this

case. Failure to do so will result in dismissal without prejudice of this case.

SO ORDERED this 23RD day of April 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA