# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV413-253 |
| | ) | |
| SEGA VENTURES, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In 2015, the District Judge resolved plaintiff's summary judgment motion. Doc. 71. After three years passed without any activity, he directed plaintiff to explain the lack of action or face dismissal. Doc. 72. Plaintiff timely responded and indicated its contention that several issues left open by the disposition of its summary judgment motion could not be addressed before the conclusion of underlying state litigation. *See* doc. 73. That report reflected counsel's expectation that the underlying case would "be tried in August of 2018" and, pending that disposition, plaintiff would "renew is [sic] summary judgment motion." *Id.* at 2.

Another year has passed without any discernable activity in this case. Accordingly, plaintiff is **DIRECTED** to respond to this Order within seven days and **SHOW CAUSE** why this case should not be dismissed for failure

to prosecute. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing courts' power "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."). If the underlying litigation remains pending, plaintiff's response should explain the progress of that litigation and provide an updated expectation of its conclusion.

**SO ORDERED,** this 24th day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA