IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ESSEX INSURANCE COMPANY,           )
                                   )
     Plaintiff,                    )
                                   )
v.                                 )   CASE NO. CV413-253
                                   )
SEGA VENTURES, LLC, REVOLUTIONS    )
NIGHTCLUB, INC., MAMEDD, LLC,      )
DERRICK WOODS, and JEROME          )
BROWN,                             )
                                   )
     Defendants.                   )
                                   )

# O R D E R

Before the Court is Plaintiff's Motion to Administratively Close the Case. (Doc. 78.) This is a declaratory judgment action in which Plaintiff seeks a declaration that it "has no defense nor indemnity obligations to Defendants under Commercial General Liability Policy No. 3DJ0234" for claims asserted in a lawsuit currently pending in the State Court of Liberty County, Georgia. (Id. at 1.) In its motion, Plaintiff requests that the Court administratively terminate this case until the underlying state court action has been resolved. (Id. at 2.) There has been no opposition to Plaintiff's motion.

After careful consideration, Plaintiff's motion is **GRANTED**. The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY**

**CLOSE THIS CASE.** All parties retain the right to request at any time that the Court reopen this case.

SO ORDERED this 23RD day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA